**FILED**
CLERK, U.S. DISTRICT COURT

09/08/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANIA LOWENTHAL,<br><br>　　　　Defendant. | No. 8:23-cr-00124-CJC<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |

The United States Attorney charges:

COUNT ONE

[26 U.S.C. § 7206(1)]

On or about April 2, 2017, in Orange County, within the Central District of California, and elsewhere, defendant ANIA LOWENTHAL, a resident of Coto de Caza, California, willfully made and subscribed to a materially false U.S. Individual Income Tax Return, Form 1040, for calendar year 2016, which was verified by a written declaration that it was made under the penalties of perjury, which was filed with the Internal Revenue Service, and which defendant LOWENTHAL did not believe to be true and correct as to every material matter, in that on line 22 of her Form 1040, defendant LOWENTHAL reported that her

total income for the calendar year 2016 was $322,639, when, in fact, as defendant LOWENTHAL then knew, her total income for calendar year 2016 was approximately $1,422,639.

COUNT TWO

[26 U.S.C. § 7206(1)]

On or about October 12, 2018, in Orange County, within the Central District of California, and elsewhere, defendant ANIA LOWENTHAL, a resident of Coto de Caza, California, willfully made and subscribed to a materially false U.S. Individual Income Tax Return, Form 1040, for calendar year 2017, which was verified by a written declaration that it was made under the penalties of perjury, which was filed with the Internal Revenue Service, and which defendant LOWENTHAL did not believe to be true and correct as to every material matter, in that on line 22 of her Form 1040, defendant LOWENTHAL reported that her total income for the calendar year 2017 was $349,021, when, in fact, as defendant LOWENTHAL then knew, her total income for calendar year 2017 was approximately $849,021.

COUNT THREE

[26 U.S.C. § 7206(1)]

On or about October 15, 2019, in Orange County, within the Central District of California, and elsewhere, defendant ANIA LOWENTHAL, a resident of Coto de Caza, California, willfully made and subscribed to a materially false U.S. Individual Income Tax Return, Form 1040, for calendar year 2018, which was verified by a written declaration that it was made under the penalties of perjury, which was filed with the Internal Revenue Service, and which defendant LOWENTHAL did not believe to be true and correct as to every material matter, in that on line 6 of her Form 1040, defendant LOWENTHAL reported that her total income for the calendar year 2018 was

/ / /

/ / /

/ / /

$461,276, when, in fact, as defendant LOWENTHAL then knew, her total income for calendar year 2018 was approximately $546,137.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

BENJAMIN D. LICHTMAN
Assistant United States Attorney
Santa Ana Branch Office